Robert H. Lipp
c/o Georgina Asset Management
270 18th Street
Santa Monica, CA 90402



To:   U.S. Bankruptcy Court
      Los Angeles, CA

Re:   Four Star Financial Services LLC
      Case No. 2:03-37579-TD

## WITHDRAWAL OF CLAIM

I, Robert H. Lipp, hereby withdraw the claim filed on July 7, 2004, identified on the Court's claim docket as Claim No. 228.

Date:  9/1/09

Robert H. Lipp