D. EDWARD HAYS, #162507
ehays@marshackhays.com
**MARSHACK HAYS LLP**
5410 Trabuco Road, Suite 130
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Special Claims Counsel for the Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FOUR STAR FINANCIAL SERVICES, LLC,<br><br>Debtor. | Case No. 2:03-bk-37579-TD<br><br>Chapter 7<br><br>NOTICE TO RETAINED PROFESSIONALS RE: HEARING ON INTERIM FEE APPLICATIONS<br><br>Date: December 2, 2009<br>Time: 11:00 a.m.<br>Ctrm: 1352<br>Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

TO ALL RETAINED PROFESSIONALS:

PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 2016-1(a)(2) you are hereby notified that Marshack Hays LLP ("Applicant") has reserved December 2, 2009, for a hearing on interim fee applications. Other professionals retained pursuant to Court Order also may seek approval of interim fees at this hearing provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the Court, hearings on interim fee applications may not be scheduled less than 120 days apart.

PLEASE TAKE FURTHER NOTICE that any retained professionals electing to file an interim fee application must contact D. Edward Hays at ehays@marshackhays.com no

later than Monday, November 2, 2009 to advise as to the amount of their requested fees and reimbursement of costs. On November 6, 2009, Applicant will serve a combined notice containing each professional's request on all creditors and other parties entitled to notice under Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure. Each retained professional also must file their interim fee application with the Court and serve them on interested parties no later than November 6, 2009, or as otherwise permitted by the Court or the Local Bankruptcy Rules.

Dated: October 1, 2009  **MARSHACK HAYS LLP**

By: /s/ D. Edward Hays
 D. EDWARD HAYS
 Special Claims Counsel for the Chapter 7 Trustee,
 Richard A. Marshack

8026v1/1015-002

| In re: FOUR STAR FINANCIAL SERVICES, LLC, Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:03-bk-37579-TD |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5410 Trabuco Road, Suite 130, Irvine, California 92620

The foregoing document described **NOTICE TO RETAINED PROFESSIONALS RE: HEARING ON INTERIM FEE APPLICATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 9, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**X** Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **October 9, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Thomas B. Donovan – via U.S. Mail
U.S. Bankruptcy Court, Suite 1352
255 E. Temple Street
Los Angeles, CA 90012-3332

**X** Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

\_ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 9, 2009 | Layla Bergini | /s/ Layla Bergini |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California. *January 2009*     **F 9013-3.1** |
|---|

# SERVICE LIST

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –continued:

- A Eric Aguilera    eaguilera@bfka-law.com
- Kyra E Andrassy    kandrassy@wgllp.com
- Marshall J August    maugust@frandzel.com, efiling@frandzel.com; ekidder@frandzel.com
- Martin R Barash    mbarash@ktbslaw.com
- James C Bastian    jbastian@shbllp.com
- Stephen F Biegenzahn    efile@sfblaw.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Lynda T Bui    lbui@shbllp.com
- Peter Csato    efiling@frandzel.com, shom@frandzel.com; pcsato@frandzel.com
- Melissa Davis    mdavis@shbllp.com
- Jerold Fagelbaum    office@fhllplaw.com
- Philip A Gasteier    pgasteier@rdwlawcorp.com
- Jeffrey I Golden    jgolden@wgllp.com
- Matthew Heyn    mheyn@ktbslaw.com
- D Edward Hays    ehays@marshackhays.com
- Manijha Kadir    mkadir@shbllp.com
- Richard A Marshack    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
- Irena L Norton    inorton@shbllp.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Thomas M Robins    efiling@frandzel.com, achase@frandzel.com; trobins@frandzel.com
- Joel G Samuels    jsamuels@sidley.com
- Michael A Scherago    mscherago@landslawyers.com
- Leonard M Shulman    lshulman@shbllp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David Weinstein    dweinstein@richardsonpatel.com
- Sharon Z Weiss    sweiss@richardsonpatel.com
- James D Wood    jdw@jdwoodlaw.com
- Miles A Woodlief    mawoodlief@earthlink.net

II. **SERVED BY U.S. MAIL**

| **ATTORNEY FOR DEBTOR** | **DEBTOR** | KATHERINE GOUGH |
|---|---|---|
| ARTHUR A GREENBERG, ESQ | FOUR STAR FINANCIAL SERVICES LLC | SQUAR, MILNER, MIRANDA & |
| 16000 VENTURA BLVD SUITE 1000 | 11755 WILSHIRE BLVD #1350 | WILLIAMSON, LLP |
| ENCINO, CA 91436 | LOS ANGELES, CA 90025 | 4100 NEWPORT PL., STE 300 |
| | | NEWPORT BEACH, CA 92660 |
| | | |
| GREENBERG TRAURIG PA | BAKER & HOSTETLER LLP | MARTIN B. GREENBAUM, ESQ. |
| 1221 BRICKELL AVE. | 666 FIFTH AVE | GREENBAUM LAW GROUP LLP |
| MIAMI, FL 33131 | NEW YORK, NY 10103 | 840 NEWPORT CENTER DRIVE, #720 |
| | | NEWPORT BEACH, CA 92660 |
| | | |
| MARC M. SELTZER | SPECIALIZED EQUIPMENT APPRAISAL | |
| SUSMAN GODFREY L.L.P. | NOEL LAINE NOVAK | |
| 1901 AVENUE OF THE STARS #950 | 23462 CAMINITO SALADO | |
| LOS ANGELES, CA 90067-6029 | LAGUNA HILLS, CA 92653 | |
| | | |
| LECG | MAX LAUTEN | MACK/BARCLAY, INC. |
| 600 ANTON BLVD #1350 | KRAMON & GRAHAM | CERTIFIED PUBLIC ACCOUNTANTS |
| COSTA MESA, CA 92626 | ONE SOUTH STREET, #2600 | 600 ANTON BLVD. STE 1350 |
| | BALTIMORE, MD 21202-3201 | COSTA MESA, CA 92626 |