**WEILAND, GOLDEN
SMILEY, WANG EKVALL & STROK, LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Telephone: 714-966-1000
Facsimile: 714-966-1002

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No. 2:03-bk-37579-TD |
|---|---|
| FOUR STAR FINANCIAL SERVICES, LLC, | Chapter 7 Case |
| Debtor. | **DECLARATION OF RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE, REGARDING THIRD INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF TRUSTEE'S COUNSEL, WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP** |
| | DATE:    December 2, 2009<br>TIME:    11:00 a.m.<br>PLACE:   Courtroom 1345 |

I, Richard A. Marshack, declare:

1.    I am the duly appointed chapter 7 trustee for the estate of Four Star Financial Services, LLC. I know each of the following facts to be true of my own personal knowledge and if called as a witness, I could and would competently testify with respect thereto.

CBM\DECL\MAR01-123.TEEDEC.DOC            1            DECLARATION OF THE TRUSTEE

2.    I have reviewed the Third Interim Application for Allowance and Payment of Chapter 7 Fees and Reimbursement of Chapter 7 Expenses of Trustee's Counsel, Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP (the "Application") and have no objection to the fees and expenses requested in the Application.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20 day of November, 2009, at Irvine, California.

/s/ Richard Marshack
RICHARD A. MARSHACK

| In re: | | CHAPTER: 7 |
|---|---|---|
| **FOUR STAR FINANCIAL SERVICES** | Debtor(s). | CASE NUMBER: 03-37579 TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, California 92626

A true and correct copy of the foregoing document described **DECLARATION OF RICHARD MARSHACK, CHAPTER 7 TRUSTEE, REGARDING THIRD INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF TRUSTEE'S COUNSEL, WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 20, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **November 20, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Office of the U.S. Trustee
Ernst & Young Plaza
725 South Figueroa St., 26th Floor
Los Angeles, CA 90017

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 20, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Thomas Donovan, 255 East Temple Street, Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 20, 2009 | Kelly M. Rivera | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
0.0

F 9013-3.1

**Electronic Mail Notice List**

A Eric Aguilera    eaguilera@bfka-law.com
Kyra E Andrassy    kandrassy@wgllp.com
Martin R Barash    mbarash@ktbslaw.com
James C Bastian    jbastian@shbllp.com
Stephen F Biegenzahn    efile@sfblaw.com
Mark Bradshaw    mbradshaw@shbllp.com
Lynda T Bui    lbui@shbllp.com
Melissa Davis    mdavis@shbllp.com
Jerold Fagelbaum    office@fhllplaw.com
Philip A Gasteier    pgasteier@rdwlawcorp.com
Jeffrey I Golden    jgolden@wgllp.com
D Edward Hays    ehays@marshackhays.com
Matthew Heyn    mheyn@ktbslaw.com
Manijha Kadir    mkadir@shbllp.com
Richard A Marshack    pkraus@shbllp.com, rmarshack@ecf.epiqsystems.com
Richard A Marshack    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
Irena L Norton    inorton@shbllp.com
Sean A Okeefe    sokeefe@okeefelc.com
Joel G Samuels    jsamuels@sidley.com
Michael A Scherago    mscherago@landslawyers.com
Leonard M Shulman    lshulman@shbllp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
David Weinstein    dweinstein@richardsonpatel.com
Sharon Z Weiss    sweiss@richardsonpatel.com
Miles A Woodlief    mawoodlief@earthlink.net