D. EDWARD HAYS, #162507
ehays@marshackhays.com
**MARSHACK HAYS LLP**
5410 Trabuco Road, Suite 130
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:03-bk-37579-TD |
| FOUR STAR FINANCIAL SERVICES, LLC, | Chapter 7 |
| Debtor. | DECLARATION OF RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE IN SUPPORT OF FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS LLP |
| | Hearing:<br>Date: December 2, 2009<br>Time: 11:00 a.m.<br>Ctrm.: 1345 |

DECLARATION OF RICHARD A. MARSHACK

I, RICHARD A. MARSHACK, declare and state as follows:

1. I am the Chapter 7 Trustee of the Bankruptcy Estate of Four Star Financial Services, LLC (the "Debtor"). I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would competently testify to those facts.

1

11305v1/1015-002

2. I make this Declaration in support of the First Interim Fee Application ("Fee Application") filed by the law firm of MARSHACK HAYS LLP seeking compensation and reimbursement of expenses in this case.

3. I have reviewed the Fee Application which covers the period of April 30, 2009 through and including October 31, 2009.

4. After reviewing the Fee Application and the billing statements attached to the Fee Application, I have no objections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2009 at Irvine, California.

_____
RICHARD A. MARSHACK

10020v1/1004-005

2

| In re:  FOUR STAR FINANCIAL SERVICES, LLC,  Debtor(s). | CHAPTER  7<br>CASE NUMBER  2:03-bk-37579-TD |
|---|---|

**NOTE:**  When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
5410 Trabuco Road, Suite 130, Irvine, California 92620

The foregoing document described  **DECLARATION OF RICHARD A. MARSHACK  IN SUPPORT OF FIRST INTERIM APPLICATION FOR FEES AND EXPENSES BY MARSHACK HAYS LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 9, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Richard A Marshack     pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com

                 Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **November 23, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| The Honorable Thomas B. Donovan  – via U.S. Mail<br>U.S. Bankruptcy Court, Suite 1352<br>255 E. Temple Street<br>Los Angeles, CA 90012-3332 | **Attorney for Debtor** – via U.S. Mail<br>ARTHUR A GREENBERG, ESQ<br>16000 VENTURA BLVD SUITE 1000<br>ENCINO, CA 91436 |
|---|---|

                Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **November     , 2009**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

                Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 23, 2009 | Layla Bergini |  | /s/ Layla Bergini |
|---|---|---|---|
| *Date* | *Type Name* |  | *Signature* |

| This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.   *January 2009*     **F 9013-3.1** |
|---|