D. EDWARD HAYS, #162507
ehays@marshackhays.com
**MARSHACK HAYS LLP**
5410 Trabuco Road, Suite 130
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Special Claims Counsel for Chapter 7 Trustee,
RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re: | Case No. 2:03-bk-37579-TD |
|---|---|
| FOUR STAR FINANCIAL SERVICES, LLC, | Chapter 7 |
| Debtor. | WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM NO. 9 FILED BY DOUGLAS H. NAPIER |
| | Date: February 3, 2010<br>Time: 10:00 a.m.<br>Ctrm: 1345 |

TO THE HONORABLE THOMAS B. DONOVAN AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Chapter 7 Trustee, Richard A. Marshack ("Trustee"), of the bankruptcy estate of Four Star Financial Services, LLC, hereby withdraws his objection to Claim No. 9 filed by Douglas H. Napier (the "Claimant") set for hearing on February 3, 2010. The Claimant has provided a copy of the missing claim.

Dated: January 6, 2010         **MARSHACK HAYS LLP**

By:____/S/ D. Edward Hays_____
    D. EDWARD HAYS
    Special Claims Counsel for the Chapter 7 Trustee,
    Richard A. Marshack

13598v1/1015-002

| In re: FOUR STAR FINANCIAL SERVICES, LLC,<br><div align="right">Debtor(s).</div> | CHAPTER 7<br>CASE NUMBER 2:03-bk-37579-TD |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5410 Trabuco Road, Suite 130, Irvine, CA 92620

The foregoing document described as **WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM NO. 9 FILED BY DOUGLAS H. NAPIER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 6, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Richard A Marshack    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
<div align="right">_ Service information continued on attached page</div>

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **January 8, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| The Honorable Thomas B. Donovan<br>U.S. Bankruptcy Court, Suite 1352<br>255 E. Temple Street<br>Los Angeles, CA 90012-3332 | **ATTORNEY FOR DEBTOR**<br>ARTHUR A GREENBERG, ESQ<br>16000 VENTURA BLVD SUITE 1000<br>ENCINO, CA 91436 | **CLAIMANT – NEW ADDRESS**<br>DOUGLAS H. NAPIER<br>14591 N. 100th WAY<br>SCOTTSDALE, AZ 85260 |
|---|---|---|

<div align="right">_ Service information continued on attached page</div>

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

<div align="right">_ Service information continued on attached page</div>

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 8, 2010 | Layla Bergini | /s/ Layla Bergini |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.  *January 2009*  **F 9013-3.1** |
|---|